| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Christopher Carr | Telephone: (313) 378-8942 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.

Juan Jesus CASIQUE-VICTORIA

Case No.  Case: 2:23−mj−30470
Assigned To : Unassigned
Assign. Date : 11/22/2023
USA V. CASIQUE−VICTORIA (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2023__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about November 18, 2023, in the Eastern District of Michigan, Southern Division, Juan Jesus CASIQUE-VICTORIA, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 25, 2019 at or near Laredo, TX and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher Carr, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 22, 2023__

_Judge's signature_

City and state: __Detroit, MI__

Kimberly Altman, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Christopher Carr, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). I have been employed in this capacity since March 2019. Currently, I am assigned to the Fugitive Operations Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Juan CASIQUE-VICTORIA, which attests to the following:

2. CASIQUE-VICTORIA is a thirty-seven-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

3. On September 27, 2003, Border Patrol Agents encountered CASIQUE-VICTORIA near San Sabe, AZ and he was voluntarily returned to Mexico.

4. On April 6, 2007, Border Patrol Agents encountered CASIQUE-VICTORIA near Douglas, AZ and he was voluntarily returned to Mexico.

5. On July 9, 2011, the Oakland County Sheriff Department in Pontiac, MI arrested CASIQUE-VICTORIA for Assault Excluding Sexual.

6. On August 10, 2011, the 52-3 District Court in Rochester Hills, MI convicted CASIQUE-VICTORIA of Domestic Violence and sentenced him to 73 days in jail and 24 months' probation.

7. On September 20, 2011, ICE ERO Detroit arrested CASIQUE-VICTORIA and issued him an I-862 Notice to Appear.

8. On or about September 28, 2011, an Immigration Judge in Detroit, MI ordered CASIQUE-VICTORIA removed to Mexico.

9. On October 4, 2011, CASIQUE-VICTORIA was removed to Mexico via Laredo, Texas.

10. On February 21, 2019, Border Patrol Agents encountered CASIQUE-VICTORIA near Roma, TX and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

11. On February 22, 2019, the United States District Court Southern District of Texas convicted CASIQUE-VICTORIA of Unlawful Entry, in violation of 8 USC §1325(a)(1) and sentenced him to 10 days' imprisonment.

12. On March 1, 2019, CASIQUE-VICTORIA was removed to Mexico via Hidalgo, Texas.

13. On March 7, 2019, Border Patrol Agents encountered CASIQUE-VICTORIA near Hebbronville, TX and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

14. On March 9, 2019, CASIQUE-VICTORIA was removed to Mexico via Laredo, Texas.

15. On March 27, 2019, Border Patrol Agents encountered CASIQUE-VICTORIA near Roma, TX and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

16. On March 29, 2019, the United States District Court Southern District of Texas convicted CASIQUE-VICTORIA of Unlawful Entry, in violation of 8 USC §1325(a)(1) and sentenced him to 30 days' imprisonment.

17. On May 1, 2019, CASIQUE-VICTORIA was removed to Mexico via Hidalgo, Texas.

18. On May 20, 2019, Border Patrol Agents encountered CASIQUE-VICTORIA near Cotulla, TX and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

19. On May 25, 2019, CASIQUE-VICTORIA was removed to Mexico via Laredo, Texas.

20. On January 1, 2020, the North Carolina Highway Patrol in Raleigh, NC arrested CASIQUE-VICTORIA for Driving While Impaired and No Operator License.

21. On September 24, 2021, the Yadkin County District Court in Yadkinville, NC, dismissed all charges.

22. On November 18, 2023, the Oakland County Sheriff Department in Pontiac, MI arrested CASIQUE-VICTORIA for Controlled Substance-Possess (Cocaine, Heroin or Another Narcotic) less than 25 grams. The police reports indicate that CASIQUE-VICTORIA was driving a vehicle without a license. During the traffic stop an open bottle of alcohol was found in the vehicle, as well as a small bag of cocaine. The cocaine was found in close proximity to the driver's seat. According to the arresting officer, CASIQUE-VICTORIA appeared to have recently used the cocaine. Charges are still pending.

23. On November 20, 2023, ERO Detroit arrested CASIQUE-VICTORIA at the Oakland County Jail in Pontiac, Michigan. ICE ERO Detroit transported CASIQUE-VICTORIA from the Jackson County Jail to the Detroit ICE Field Office and served him with a Notice of Intent /Decision to Reinstate prior order. ICE searched his fingerprints in government electronic systems resulting in a positive match for Juan Jesus CASIQUE-VICTORIA, DOB XX/XX/1986, AXXX XXX 052, a previously removed alien.

24. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

25. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Juan Jesus CASIQUE-VICTORIA AXXX XXX 052, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

26. Based on the above information, I believe there is probable cause to conclude that Juan Jesus CASIQUE-VICTORIA is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in

violation of Title 8, United States Code, Section 1326(a).

_____
Christopher Carr, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated: November 22, 2023